STEVE MESSNER, Cal. Bar No. 259606
LAW OFFICES OF STEVE MESSNER
2209 E. Baseline Road, Suite 300-299
Claremont, California 91711
Telephone:  909.257.8413
Email:      steve@smessner.com

Attorneys for Plaintiff,
JACOB ISAIAH DYE

FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
ROBERT A. SANDERS, Cal. Bar No. 210186
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398
Email       ffalzetta@sheppardmullin.com
            ssveslosky@sheppardmullin.com
            mgregory@sheppardmullin.com
            rsanders@sheppardmullin.com

Attorneys for Defendant,
WEST AMERICAN INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JACOB ISAIAH DYE, an individual, | Case No. 5:22-cv-00817-JGB (KKx) |
| Plaintiff, | Assigned to: Hon. Jesus G. Bernal |
| v. | ~~[PROPOSED]~~ ORDER RE STIPULATED PROTECTIVE ORDER |
| WEST AMERICAN INSURANCE COMPANY, an Indiana Corporation, and DOES 1-50, inclusive | |
| Defendants. | Complaint Filed:  March 11, 2022<br>Discovery Cut-Off:  March 27, 2023<br>Motion Cut-Off:  June 5, 2023<br>Trial Date:  August 1, 2023 |

-1-

## **ORDER**

Having reviewed the foregoing proposed Stipulated Protective Order, and for good cause shown, the Court hereby makes the Stipulated Protective Order and Order of the Court.

IT IS SO ORDERED.

DATED: _November 3, 2022_

_____

HON. KENLY KIYA KATO
United States Magistrate Judge